IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANNY JONES,

    Petitioner,

  -vs-

TOM SPILLER, *Acting Warden,*

    Respondent.                  No. 11-cv-1105-DRH

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Chief District Judge David R. Herndon, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** petitioner Danny Jones and **IN FAVOR OF** respondent Acting Warden Tom Spiller. This action for habeas corpus pursuant to 28 U.S.C. § 2254 is summarily **DISMISSED with prejudice**.

**DATED**: December 9, 2013

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT

                        BY:  s/*Sara Jennings*
                            Deputy Clerk

David R. Herndon
2013.12.09 09:36:25 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT